IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JAN 10 P 3: 19

CLERK'S OFFICE
AT BALTIMORE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | : |
| v. | : CIVIL NO. H-96-2232 |
| JANICE WILLOUGHBY, | : |
| Defendant | : |
| Tessco Technologies, Inc.<br>Attn: Paula Levine<br>Comp & Benefits Team Leader<br>11126 McCormick Road<br>Hunt Valley, Maryland 21031-4302, | : |
| Garnishee | : |

ORDER TO STAY GARNISHMENT

It is this 10th day of January, 2002, by the United States District Court for the District of Maryland,

ORDERED:

1. That the garnishment is hereby stayed until February 28, 2002 in order to determine an acceptable payment amount and the ability of the defendant to make regular monthly payments as required.

2. That the Clerk of the Court shall send copies of this order to all counsel of record.

ALEXANDER HARVEY, II
U. S. DISTRICT JUDGE