# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**CHAMBERS OF**
**SUSAN K. GAUVEY**
**U.S. MAGISTRATE JUDGE**

**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**MDD_skgchambers@mdd.uscourts.gov**
**(410) 962-4953**
**(410) 962-2985 - Fax**

February 24, 2004

Thomas F. Corcoran, Esq.
Assistant United States Attorney
6625 U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2692

Joseph M. Guida, Esq.
The Reed Building
608 South Main Street
Bel Air, MD 21014-3969

        Re:  United States v. Janice Willoughby
             Civil No. H-96-2232

Dear Counsel:

        A scheduling/status conference in the above case will be held on Wednesday, March 3, 2004, at 3:30 p.m.  The conference will be by telephone and will be set up by my office.

        I look forward to speaking with you on the 3rd.

                        Sincerely yours,

                            /s/

                        Susan K. Gauvey
                        United States Magistrate Judge

cc:  Court File